In the Matter of the Judicial Settlement of the Account of GEORGE W. BERGEN et al., as Trustees, etc., under the will of BREWSTER VALENTINE, deceased.

(Argued April 23, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, made September 17, 1888, which affirmed a decree of the surrogate of Rockland county.

*Horace Secor, Jr.,* for appellant.

*Andrew X. Fallon* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.